IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MORGAN,

    Plaintiff,                          CV F 05 0620 3 5823 OWW WMW  P

    vs.                                  ORDER RE MOTION (DOC 7 )

CALIF. DEPT. OF CORRECTIONS, et al.,

    Defendants.

        Plaintiff is a former state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion filed on August 16, 2006.

        On August 16, 2006, the court sent to Plaintiff an order directing him to complete and submit to the court a USM 285 form for service of process.   The thirty day period within which to submit the form has expired. On August 16, 2006, Plaintiff filed this motion, requesting that the court send to him the February 16, 2006, order and accompanying documents.   Plaintiff also requests and extension of time in which to comply with the order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall re-serve the February 16, 2006, order and accompanying documents on Plaintiff.

        2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to complete and submit to the court the form for service of process.

1
2
3
4  IT IS SO ORDERED.
5  **Dated:**   **September 5, 2006**             /s/  **William M. Wunderlich**
   j14hj0                                    UNITED STATES MAGISTRATE JUDGE
6
7
...
26