IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MORGAN,

       Plaintiff,                                  CV F 05 0620 LJO WMW

  vs.                                           ORDER RE MOTION FOR LEAVE TO
                                                FILE AN AMENDED COMPLAINT

CALIF. DEPT. OF CORRECTIONS,

       Defendant.

Plaintiff, a former state prisoner proceeding pro se, has filed a motion for leave to file an amended complaint. Plaintiff has not, however, included a proof of service of his motion upon opposing counsel, in accord with Local Rule 5-135(c). Plaintiff is therefore directed to submit a proof of service of his motion to the court within twenty days. Should Plaintiff fail to do so, the court will strike Plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file, within twenty days of the date of service of this order, a proof of service of his motion for leave to file an amended complaint.

IT IS SO ORDERED.

**Dated:   March 26, 2007**                     /s/  **William M. Wunderlich**
j14hj0                                                  UNITED STATES MAGISTRATE JUDGE