IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MORGAN,

     Plaintiff,               CV F 05 0620 LJO WMW P

  vs.                         ORDER RE MOTION (DOC 18)

DEPT. OF CORRECTIONS,

     Defendant.

     Plaintiff is a former state prisoner proceeding pro se.  On March 19, 2007, Plaintiff filed a notice of lodging of a proposed amended complaint. On March 26, 2007, an order was entered, advising Plaintiff that his motion failed to include a certificate of service.  On March 30 and April 3, 2007, Plaintiff filed a certificate of service of his proposed amended complaint.  To date, Defendant has not filed an opposition.

     Accordingly, IT IS HEREBY ORDERED that:

     1. The Clerk's Office is directed to file the amended complaint lodged with the court on March 19, 2007.

     2. The Clerk's Office shall send to Plaintiff a conformed copy of the amended complaint lodged with the court on March 19, 2007.

     3. This action proceeds on the first amended complaint lodged with

the court on March 19, 2007, and filed in accordance with this order.

    4. Defendant's response to the first amended complaint is due thirty days from the date of entry of the District Court's order regarding the September 27, 2007, findings and recommendations.

IT IS SO ORDERED.

Dated:    October 2, 2007                     /s/ William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE