# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN MORGAN,** | 1:05-cv-00620 LJO WMW (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,** | (Document #32) |
| Defendant. | New Deadline: December 17, 2007 |

On November 16, 2007, Defendant filed a motion for extension of time to file their reply brief in support of their motion to dismiss. For good cause shown, Defendant is granted an extension of time, up to and including December 17, 2007, in which to file their reply brief.

IT IS SO ORDERED.

**Dated:   November 19, 2007**          /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

1