IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN MORGAN,

    Plaintiff,                                  CV F 05 0620 LJO WMW PC

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#24)

DEPT. OF CORRECTIONS,

    Defendant.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 27, 2007, findings and recommendations were entered, recommending that Defendant's March 9, 2007, motion to dismiss be denied. Subsequently, Plaintiff was granted leave to file an amended complaint. Defendant filed a motion to dismiss the amended complaint. The March 9, 2007, motion to dismiss is moot.

        Accordingly, THE COURT HEREBY ORDERS that:

1

1. The Findings and Recommendations issued by the Magistrate Judge on September 24, 2007, are vacated; and

2. Defendant's March 9, 2007, motion to dismiss is denied as moot.

IT IS SO ORDERED.

**Dated:    March 31, 2008**                                        /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE